IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIGUEL GUTIERREZ-PIZANO, | ) | 8:08CV494 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FRED BRITTEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis. (Filing No. 20.) Because the court has already granted a Motion for Leave to Proceed in Forma Pauperis in this case (*see* filing no. 7), Petitioner's motion is denied as moot.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in forma pauperis (filing no. 20) is denied as moot.

May 21, 2009.                                BY THE COURT:


                                             s/ Joseph F. Bataillon
                                             Chief United States District Judge